**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-11552-JPH |
| | § | |
| INNER CITY PROPERTIES LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Harold Jarnicki, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $405,627.23 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $32,445.89 | | |

3) Total gross receipts of $792,639.32 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $354,566.20 (see **Exhibit 2**), yielded net receipts of $438,073.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,060,000.00 | $789,205.78 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $31,795.69 | $31,795.69 | $31,795.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $650.20 | $650.20 | $650.20 |
| Priority Unsecured Claims (From **Exhibit 6**) | $446.32 | $74,069.97 | $3,486.58 | $3,486.58 |
| General Unsecured Claims (from **Exhibit 7**) | $557,629.45 | $399,720.31 | $399,720.31 | $402,140.65 |
| **Total Disbursements** | $5,618,075.77 | $1,295,441.95 | $435,652.78 | $438,073.12 |

4).  This case was originally filed under chapter 11 on 04/04/2013. The case was converted to one under Chapter 7 on 12/12/2016. The case was pending for 16 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2018          By:   /s/ Harold Jarnicki
                                       Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Balance in Chapter 11 Bank Account | 1129-000 | $790,995.32 |
| Bond Refund (Chapter 11) | 1129-000 | $1,644.00 |
| **TOTAL GROSS RECEIPTS** | | $792,639.32 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Estate of Troy Clements | Surplus Funds | 8200-002 | $177,283.10 |
| Linda Hines, as assignee of James Hines | Surplus Funds | 8200-002 | $177,283.10 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $354,566.20 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Spring Valley Bank | 4110-000 | $160,000.00 | $400,000.00 | $0.00 | $0.00 |
| 7 | FIRST FINANCIAL BANK NA | 4110-000 | $4,900,000.00 | $389,205.78 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $5,060,000.00 | $789,205.78 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harold Jarnicki, Trustee | 2100-000 | NA | $25,153.66 | $25,153.66 | $25,153.66 |
| Harold Jarnicki, Trustee | 2200-000 | NA | $26.68 | $26.68 | $26.68 |
| Pinnacle Bank | 2600-000 | NA | $11,376.12 | $11,376.12 | $11,376.12 |
| Pinnalce Bank | 2600-000 | NA | ($5,053.77) | ($5,053.77) | ($5,053.77) |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $31,795.69 | $31,795.69 | $31,795.69 |

UST Form 101-7-TDR (10/1/2010)

**CHARGES**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee Ohio/Michigan Regional Office, Other Prior Chapter Administrative | 6990-000 | NA | $650.20 | $650.20 | $650.20 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $650.20 | $650.20 | $650.20 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15A | Ohio Bureau of Workers Compensation | 5800-000 | $446.32 | $3,486.58 | $3,486.58 | $3,486.58 |
| 16 | Ohio Bureau of Workers Compensation | 5800-000 | $0.00 | $70,583.39 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $446.32 | $74,069.97 | $3,486.58 | $3,486.58 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Greater Cincinnati Water Works | 7100-000 | $12,742.20 | $8,328.50 | $8,328.50 | $8,328.50 |
| 2 | CINCINNATI BELL TELEPHONE | 7100-000 | $254.33 | $258.54 | $258.54 | $258.54 |
| 3 | Duke Energy | 7100-000 | $0.00 | $603.44 | $603.44 | $603.44 |
| 4 | Park Towers LLC | 7100-000 | $100.00 | $18,500.00 | $18,500.00 | $18,611.05 |
| 5 | Ford Motor Credit Company LLC | 7100-000 | $31,365.00 | $4,028.32 | $4,028.32 | $4,028.32 |
| 8 | Foremost Restoration LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Kenneth R. Reed | 7100-000 | $69,000.00 | $35,000.00 | $35,000.00 | $35,000.00 |
| 10 | Kenneth Radford | 7100-000 | $65,000.00 | $57,500.00 | $57,500.00 | $57,500.00 |
| 11 | Linda Hines | 7100-000 | $340,000.00 | $240,000.00 | $240,000.00 | $240,000.00 |
| 12 | Linda Hines | 7100-000 | $0.00 | $19,754.15 | $19,754.15 | $19,754.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Estate of Troy Clements | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Rite Rug Company Inc. | 7100-000 | $0.00 | $15,500.00 | $15,500.00 | $15,500.00 |
| 15B | Ohio Bureau of Workers Compensation | 7100-000 | $0.00 | $247.36 | $247.36 | $247.36 |
| | CINCINNATI BELL TELEPHONE | 7990-000 | $0.00 | $0.00 | $0.00 | $1.55 |
| | Duke Energy | 7990-000 | $0.00 | $0.00 | $0.00 | $3.62 |
| | Ford Motor Credit Company LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $24.18 |
| | Greater Cincinnati Water Works | 7990-000 | $0.00 | $0.00 | $0.00 | $49.99 |
| | Kenneth R. Reed | 7990-000 | $0.00 | $0.00 | $0.00 | $210.10 |
| | Kenneth Radford | 7990-000 | $0.00 | $0.00 | $0.00 | $345.16 |
| | Linda Hines | 7990-000 | $0.00 | $0.00 | $0.00 | $1,440.66 |
| | Linda Hines | 7990-000 | $0.00 | $0.00 | $0.00 | $118.58 |
| | Ohio Bureau of Workers Compensation | 7990-000 | $0.00 | $0.00 | $0.00 | $1.48 |
| | Ohio Bureau of Workers Compensation | 7990-000 | $0.00 | $0.00 | $0.00 | $20.93 |
| | Rite Rug Company Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $93.04 |
| | Arena Management Holdings | 7100-000 | $18,300.00 | $0.00 | $0.00 | $0.00 |
| | Fujitec America, Inc | 7100-000 | $327.60 | $0.00 | $0.00 | $0.00 |
| | Inner City 360, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Park Towers LLC | 7100-000 | $18,500.00 | $0.00 | $0.00 | $0.00 |
| | Rumpke | 7100-000 | $281.00 | $0.00 | $0.00 | $0.00 |
| | Shores of Panama COA | 7100-000 | $1,609.32 | $0.00 | $0.00 | $0.00 |
| | WOXY-FM | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $557,629.45 | $399,720.31 | $399,720.31 | $402,140.65 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 13-11552-JPH | Trustee Name: | Harold Jarnicki |
|---|---|---|---|
| Case Name: | INNER CITY PROPERTIES LLC | Date Filed (f) or Converted (c): | 12/12/2016 (c) |
| For the Period Ending: | 7/26/2018 | §341(a) Meeting Date: | 01/17/2017 |
| | | Claims Bar Date: | 04/17/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Balance in Chapter 11 Bank Account (u) | $790,995.32 | $790,995.32 | | $790,995.32 | FA |
| 2 | Bond Refund (Chapter 11) | $0.00 | $1,644.00 | | $1,644.00 | FA |

**TOTALS (Excluding unknown value)**

| | $790,995.32 | $792,639.32 | | $792,639.32 | **Gross Value of Remaining Assets** $0.00 |

Initial Projected Date Of Final Report (TFR):   06/30/2017          Current Projected Date Of Final Report (TFR):   06/30/2017          /s/ HAROLD JARNICKI

HAROLD JARNICKI

| Case No. | 13-11552-JPH | | Trustee Name: | Harold Jarnicki |
|---|---|---|---|---|
| Case Name: | INNER CITY PROPERTIES LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4207 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Bkcy. Estate of Inner City Properties LLC |
| For Period Beginning: | 4/4/2013 | | Blanket bond (per case limit): | $1,750,000.00 |
| For Period Ending: | 7/26/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/29/2016 | (1) | Inner City Properties LLC (Chapter 11) | Balance of Funds in Chapter 11 | 1129-000 | $790,995.32 | | $790,995.32 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $123.55 | $790,871.77 |
| 01/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $123.55 | $790,748.22 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,276.49 | $789,471.73 |
| 02/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,276.49 | $788,195.24 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,151.30 | $787,043.94 |
| 03/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,151.30 | $785,892.64 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,272.67 | $784,619.97 |
| 04/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,272.67 | $783,347.30 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,229.76 | $782,117.54 |
| 05/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,229.76 | $780,887.78 |
| 06/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,268.57 | $779,619.21 |
| 06/14/2017 | (2) | Insurance Partners | Refund of Chapter 11 bond premium | 1129-000 | $1,644.00 | | $781,263.21 |
| 06/14/2017 | | Pinnalce Bank | Reverse double posting of bank fees | 2600-000 | | ($5,053.77) | $786,316.98 |
| 08/23/2017 | 101 | Clerk, U.S. Bankruptcy Court | Account Number: ; Claim #: 18; Amount Claimed: 293.00; Distribution Dividend: 100.00; Amount Allowed: 293.00; | 2700-000 | | $293.00 | $786,023.98 |
| 08/23/2017 | 102 | Harold Jarnicki | Trustee Compensation | 2100-000 | | $25,153.66 | $760,870.32 |
| 08/23/2017 | 103 | Harold Jarnicki | Trustee Expenses | 2200-000 | | $26.68 | $760,843.64 |
| 08/23/2017 | 104 | Office of the United States Trustee Ohio/Michigan Regional Office | Account Number: ; Claim #: 17; Amount Claimed: 650.20; Distribution Dividend: 100.00; Amount Allowed: 650.20; | 6990-000 | | $650.20 | $760,193.44 |
| 08/23/2017 | 105 | Ohio Bureau of Workers Compensation | Account Number: ; Claim #: 15; Amount Claimed: 3,486.58; Distribution Dividend: 100.00; Amount Allowed: 3,486.58; | * | | $3,507.51 | $756,685.93 |
| | | | Claim Amount $(3,486.58) | 5800-000 | | | $756,685.93 |
| | | | Interest $(20.93) | 7990-000 | | | $756,685.93 |

**SUBTOTALS** $792,639.32 $35,953.39

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11552-JPH | | Trustee Name: | Harold Jarnicki |
|---|---|---|---|---|
| Case Name: | INNER CITY PROPERTIES LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4207 | | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Bkcy. Estate of Inner City Properties LLC |
| For Period Beginning: | 4/4/2013 | | Blanket bond (per case limit): | $1,750,000.00 |
| For Period Ending: | 7/26/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2017 | 106 | Greater Cincinnati Water Works | Account Number: ; Claim #: 1; Amount Claimed: 8,328.50; Distribution Dividend: 100.00; Amount Allowed: 8,328.50; | * | | $8,378.49 | $748,307.44 |
| | | | Claim Amount    $(8,328.50) | 7100-000 | | | $748,307.44 |
| | | | Interest    $(49.99) | 7990-000 | | | $748,307.44 |
| 08/23/2017 | 107 | CINCINNATI BELL TELEPHONE | Account Number: ; Claim #: 2; Amount Claimed: 258.54; Distribution Dividend: 100.00; Amount Allowed: 258.54; | * | | $260.09 | $748,047.35 |
| | | | Claim Amount    $(258.54) | 7100-000 | | | $748,047.35 |
| | | | Interest    $(1.55) | 7990-000 | | | $748,047.35 |
| 08/23/2017 | 108 | Duke Energy | Account Number: ; Claim #: 3; Amount Claimed: 603.44; Distribution Dividend: 100.00; Amount Allowed: 603.44; | * | | $607.06 | $747,440.29 |
| | | | Claim Amount    $(603.44) | 7100-000 | | | $747,440.29 |
| | | | Interest    $(3.62) | 7990-000 | | | $747,440.29 |
| 08/23/2017 | 109 | Park Towers LLC | Account Number: ; Claim #: 4; Amount Claimed: 18,500.00; Distribution Dividend: 100.00; Amount Allowed: 18,500.00; | * | | $18,611.05 | $728,829.24 |
| | | | Claim Amount    $(18,500.00) | 7100-000 | | | $728,829.24 |
| | | | Interest    $(111.05) | 7990-000 | | | $728,829.24 |
| 08/23/2017 | 110 | Ford Motor Credit Company LLC | Account Number: ; Claim #: 5; Amount Claimed: 4,028.32; Distribution Dividend: 100.00; Amount Allowed: 4,028.32; | * | | $4,052.50 | $724,776.74 |
| | | | Claim Amount    $(4,028.32) | 7100-000 | | | $724,776.74 |
| | | | Interest    $(24.18) | 7990-000 | | | $724,776.74 |
| 08/23/2017 | 111 | Kenneth R. Reed | Account Number: ; Claim #: 9; Amount Claimed: 35,000.00; Distribution Dividend: 100.00; Amount Allowed: 35,000.00; | * | | $35,210.10 | $689,566.64 |
| | | | Claim Amount    $(35,000.00) | 7100-000 | | | $689,566.64 |
| | | | Interest    $(210.10) | 7990-000 | | | $689,566.64 |

| | | | **SUBTOTALS** | | $0.00 | $67,119.29 | |

**FORM 2**

Page No: 3   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11552-JPH | Trustee Name: | Harold Jarnicki |
|---|---|---|---|
| Case Name: | INNER CITY PROPERTIES LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4207 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bkcy. Estate of Inner City Properties LLC |
| For Period Beginning: | 4/4/2013 | Blanket bond (per case limit): | $1,750,000.00 |
| For Period Ending: | 7/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2017 | 112 | Kenneth Radford | Account Number: ; Claim #: 10; Amount Claimed: 57,500.00; Distribution Dividend: 100.00; Amount Allowed: 57,500.00; | * | | $57,845.16 | $631,721.48 |
| | | | Claim Amount    $(57,500.00) | 7100-000 | | | $631,721.48 |
| | | | Interest    $(345.16) | 7990-000 | | | $631,721.48 |
| 08/23/2017 | 113 | Linda Hines | Account Number: ; Claim #: 11; Amount Claimed: 240,000.00; Distribution Dividend: 100.00; Amount Allowed: 240,000.00; | * | | $241,440.66 | $390,280.82 |
| | | | Claim Amount    $(240,000.00) | 7100-000 | | | $390,280.82 |
| | | | Interest    $(1,440.66) | 7990-000 | | | $390,280.82 |
| 08/23/2017 | 114 | Linda Hines | Account Number: ; Claim #: 12; Amount Claimed: 19,754.15; Distribution Dividend: 100.00; Amount Allowed: 19,754.15; | * | | $19,872.73 | $370,408.09 |
| | | | Claim Amount    $(19,754.15) | 7100-000 | | | $370,408.09 |
| | | | Interest    $(118.58) | 7990-000 | | | $370,408.09 |
| 08/23/2017 | 115 | Rite Rug Company Inc. | Account Number: ; Claim #: 14; Amount Claimed: 15,500.00; Distribution Dividend: 100.00; Amount Allowed: 15,500.00; | * | | $15,593.04 | $354,815.05 |
| | | | Claim Amount    $(15,500.00) | 7100-000 | | | $354,815.05 |
| | | | Interest    $(93.04) | 7990-000 | | | $354,815.05 |
| 08/23/2017 | 116 | Ohio Bureau of Workers Compensation | Account Number: ; Claim #: 15; Amount Claimed: 247.36; Distribution Dividend: 100.00; Amount Allowed: 247.36; | * | | $248.84 | $354,566.21 |
| | | | Claim Amount    $(247.36) | 7100-000 | | | $354,566.21 |
| | | | Interest    $(1.48) | 7990-000 | | | $354,566.21 |
| 08/23/2017 | 117 | INNER CITY PROPERTIES LLC | Account Number: ; Claim #: ; Amount Claimed: 354,566.21; Distribution Dividend: 100.00; Amount Allowed: 354,566.21; | 8200-002 | | $354,566.21 | $0.00 |
| 08/23/2017 | 117 | VOID: INNER CITY PROPERTIES LLC | | 8200-003 | | ($354,566.21) | $354,566.21 |

|  |  | | | **SUBTOTALS** | $0.00 | $335,000.43 | |

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11552-JPH | Trustee Name: | Harold Jarnicki |
| --- | --- | --- | --- |
| Case Name: | INNER CITY PROPERTIES LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4207 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bkcy. Estate of Inner City Properties LLC |
| For Period Beginning: | 4/4/2013 | Blanket bond (per case limit): | $1,750,000.00 |
| For Period Ending: | 7/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/23/2017 | 118 | Linda Hines, as assignee of James Hines | 1/2 of Surplus Funds representing James Hines Share. James Hines assigned his interest in these funds to Linda Hines | 8200-002 | | $177,283.10 | $177,283.11 |
| 08/23/2017 | 119 | Estate of Troy Clement | 1/2 of surplus funds. Troy Clement was the other principal of Inner City. He is now deceased and these funds are being into his estate. | 8200-002 | | $177,283.10 | $0.01 |
| 08/28/2017 | 109 | VOID: Park Towers LLC | | * | | ($18,611.05) | $18,611.06 |
| | | | Claim Amount $18,500.00 | 7100-003 | | | $18,611.06 |
| | | | Interest $111.05 | 7990-003 | | | $18,611.06 |
| 08/28/2017 | 119 | VOID: Estate of Troy Clement | | 8200-003 | | ($177,283.10) | $195,894.16 |
| 08/28/2017 | 120 | Estate of Troy Clements | Surplus Funds | 8200-003 | | $177,283.10 | $18,611.06 |
| 08/28/2017 | 121 | Park Towers LLC | Distribution | 7100-000 | | $18,611.05 | $0.01 |
| 09/07/2017 | 120 | STOP PAYMENT: Estate of Troy Clements | | 8200-004 | | ($177,283.10) | $177,283.11 |
| 09/07/2017 | 122 | Estate of Troy Clements | Surplus Funds | 8200-002 | | $177,283.10 | $0.01 |
| 04/23/2018 | | Pinnacle Bank | Debit for bank fee | 2600-000 | | $0.01 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $354,566.21 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11552-JPH | Trustee Name: | Harold Jarnicki |
|---|---|---|---|
| Case Name: | INNER CITY PROPERTIES LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4207 | Checking Acct #: | ******0086 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Bkcy. Estate of Inner City Properties LLC |
| For Period Beginning: | 4/4/2013 | Blanket bond (per case limit): | $1,750,000.00 |
| For Period Ending: | 7/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $792,639.32 | $792,639.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $792,639.32 | $792,639.32 | |
| | | | Less: Payments to debtors | | $0.00 | $354,566.20 | |
| | | | Net | | $792,639.32 | $438,073.12 | |

For the period of 4/4/2013 to 7/26/2018

| | |
|---|---|
| Total Compensable Receipts: | $792,639.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $792,639.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($93,776.19) |
| Total Non-Compensable Disbursements: | $886,415.51 |
| Total Comp/Non Comp Disbursements: | $792,639.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 12/29/2016 to 7/26/2018

| | |
|---|---|
| Total Compensable Receipts: | $792,639.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $792,639.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($93,776.19) |
| Total Non-Compensable Disbursements: | $886,415.51 |
| Total Comp/Non Comp Disbursements: | $792,639.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-11552-JPH | |
| Case Name: | INNER CITY PROPERTIES LLC | |
| Primary Taxpayer ID #: | **-***4207 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/4/2013 | |
| For Period Ending: | 7/26/2018 | |

| | |
|---|---|
| Trustee Name: | Harold Jarnicki |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0086 |
| Account Title: | Bkcy. Estate of Inner City Properties LLC |
| Blanket bond (per case limit): | $1,750,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $792,639.32 | $792,639.32 | $0.00 |

**For the period of 4/4/2013 to 7/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $792,639.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $792,639.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($93,776.19) |
| Total Non-Compensable Disbursements: | $886,415.51 |
| Total Comp/Non Comp Disbursements: | $792,639.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/12/2016 to 7/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $792,639.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $792,639.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | ($93,776.19) |
| Total Non-Compensable Disbursements: | $886,415.51 |
| Total Comp/Non Comp Disbursements: | $792,639.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HAROLD JARNICKI

HAROLD JARNICKI